UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JONATHAN STONE                  :

      Petitioner              :         CIVIL ACTION NO. 3:17-0233

  v.                             :              (JUDGE MANNION)

                              :

Superintendent, SCI-Albion,

                              :

      Respondent

                              :

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c).

3. The Clerk of Court is directed to **CLOSE** this case.

                                            *s/ Malachy E. Mannion*
                                            **MALACHY E. MANNION**
                                            **United States District Judge**

**DATED: February 4, 2021**
17-0233-02-ORDER